# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-                                                          Case No.:  2:06-m-1019DNF

EMMANUEL DELLY

_____

## ORDER

      This matter comes before the Court on the Motion to Dismiss Complaint without prejudice (Doc. #14) filed on March 3, 2006 by the government.

    Accordingly, it is now

    **ORDERED:**

    The Motion to Dismiss Complaint without prejudice (Doc. #14) is **GRANTED**.

    **DONE AND ORDERED** at Fort Myers, Florida, this   3rd   day of March, 2006.

*[signature: Sheri Polster Chappell]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:
All Parties of Record